## STATEMENT OF FACTS

On Tuesday, August 17, 2021, at approximately 4:15 p.m., members of the Metropolitan Police Department (MPD) Fourth District Crime Suppression Team (CST) responded to the 3500 block of 14th Street NW, Washington, D.C. for a radio run regarding a drug complaint two blocks away at 1402 Perry Place NW, Washington, D.C. The radio run provided a lookout for a black male wearing a black hat, gray sweatshorts, and a blue body bag with a black strap, selling drugs in front of the Perry Place location. When officers responded to the area, they observed an individual on a scooter, later identified as Melvin Johnson (Defendant Johnson), wearing a gray hat, gray sweatshorts, and carrying a blue cross-body bag with a black strap. Officer Clifford asked the defendant if he had anything illegal on him and told Defendant Johnson he was being stopped in reference to a drug complaint.

The officers asked Defendant Johnson about what is in the bag, and Defendant Johnson replied there was nothing but his personal belongings in the bag. Based on the complaint received, and Officer Clifford's observation that the bag looked weighty, Officer Clifford asked Defendant Johnson to place his hands on the gate behind him so the bag could be frisked. Defendant Johnson was continuing to move his body away from Officer Clifford, so he placed in handcuffs while Officer Clifford frisked the blue bag. Officer Clifford felt an object in the bag, opened the zipper pocket of the bag, and observed a firearm inside. Defendant Johnson was placed under arrest and transported to the Fourth District for processing.

The firearm was later determined to be a ghost gun with Glock 26 parts, semi-automatic pistol with serial numbers BCSV116/VNB925, with an extended magazine having thirty-one (31) round capacity, containing twenty-seven (27) rounds of 9mm ammunition with one round in the chamber. In addition, the bag contained an additional seventeen (17) round capacity Glock magazine with sixteen (16) rounds of 9 mm ammunition in the magazine. There are no firearms manufacturers in the District of Columbia. Therefore, the firearm and ammunition recovered must have traveled in interstate commerce.

Once at the Fourth District, officers searched Defendant Johnson incident to the arrest. Twenty-six grams of a white rock substance, some of which was packaged in 42 individual ziplock bags, was recovered inside the spandex pants worn by Defendant Johnson. A portion of the substance was field tested and was positive for cocaine. The defendant was also in possession of a plastic bag with tan rock-like substance, $1203 of U.S. currency, and a U.S. Bank Card bearing the name Melvin Johnson.

A criminal history check of Defendant Johnson through the National Crime Information Center (NCIC) and the JUSTIS system confirmed that the defendant has a prior felony conviction in the D.C. Superior Court for Robbery, Attempt to Commit Robbery, and Attempted Possession of a Prohibited Weapon, case number 2014-CF3-017912. The defendant was sentenced to eighteen (18) months incarceration for the Robbery, six (6) months incarceration for the Attempt to Commit Robbery and 180 days incarceration for the Attempted Possession of a Prohibited Weapon. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for crimes punishable by more than one year.


_____
OFFICER MAURICE CLIFFORD
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of August 2021.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE